**Mark J. ADAMS, Plaintiff–Appellant,**

v.

**MAYOR AND CITY COUNCIL OF BALTIMORE, a municipal corporation; Paul Graziano, in his capacity as Executive Director of the Housing Authority for Baltimore City, Defendants–Appellees.**

No. 02–1556.

United States Court of Appeals, Fourth Circuit.

Submitted Oct. 10, 2002.

Decided Oct. 16, 2002.

Mark J. Adams, Appellant Pro Se. William Fitts Ryan, Jr., Whiteford, Taylor & Preston, Baltimore, Maryland; Thurman Wilbert Zollicoffer, Jr., City Solicitor, Baltimore, Maryland, for Appellees.

Before WILLIAMS, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Mark J. Adams appeals the district court's order granting the Defendants' motion to dismiss his civil action based on lack of standing. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Adams v. Mayor of Baltimore,* No. CA–02–1608–MJG (D. Md. filed May 23, 2002 & entered May 24, 2002). We deny the Appellees' motion for summary disposition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*